E-filing

Laurence F. Padway, SBN# 83914
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Phone: (510) 814-0680
Fax: (510) 814-0650

Attorneys for plaintiff
BERNADINE TATOM

FILED

JUL 27 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE TATOM | CASE NO. C 04-04450 MJJ |
| Plaintiff, | STIPULATION TO DISMISS AND (~~Proposed~~) ORDER FOR DISMISSAL WITH PREJUDICE |
| vs. | |
| COLONIAL LIFE AND ACCIDENT COMPANY, and DOES 1- 100, inclusive, | |
| Defendants. | |

It is hereby stipulated by and between the parties to this action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to F. R. C. P. Rule 41(a)(1).

July 26, 2005         /s/_____
                      Laurence F. Padway
                      Attorney for plaintiff

July 26, 2005         /s/_____
                      Mary C. Tsai
                      Reed Smith LLP
                      Attorney for defendants

1

Good cause appearing, this case is ordered dismissed with prejudice.

July 27, 2005

Hon. Martin J. Jenkins
United States District Judge

2